1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

TRACY WILLIAM BARTON,           )   NO. SA CV 13-351-DMG (AS)
                                )
              Petitioner,       )   **ORDER ACCEPTING FINDINGS,**
                                )
         v.                     )   **CONCLUSIONS AND RECOMMENDATIONS**
                                )
AMY MILLER, Warden,             )   **OF UNITED STATES MAGISTRATE JUDGE**
                                )
              Respondent.       )
_____)

     Pursuant to 28 U.S.C. section 636, the Court has reviewed the
Petition, all of the records herein, and the Report and
Recommendation of United States Magistrate Judge.  After having
made a de novo determination of the portions of the Report and
Recommendation to which Objections were directed, the Court concurs
with and accepts  the findings and conclusions of the Magistrate
Judge.  Petitoner's motion for an evidentiary hearing is DENIED.
[Doc. # 61.]

     IT IS ORDERED that Judgment be entered denying the Petition and
dismissing this action without prejudice.

1     IT IS FURTHER ORDERED that the Clerk serve copies of this

2 Order, the Magistrate Judge's Report and Recommendation, and the

3 Judgment herein on counsel for Petitioner and counsel for

4 Respondent.

5

6     LET JUDGMENT BE ENTERED ACCORDINGLY.

7

8 DATED: October 31, 2014

9

                            DOLLY M. GEE

10                      UNITED STATES DISTRICT JUDGE