**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| TRACY WILLIAM BARTON, | NO. CV 13-351-DMG (AS) |
| Petitioner, | |
| v. | **JUDGMENT** |
| AMY MILLER, Warden, | |
| Respondent. | |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and this action is dismissed without prejudice.

DATED: October 31, 2014

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE